DENNIS MARSHALL, COUNTY COUNSEL
MARY PAT BARRY, DEPUTY (Bar No. 148354)
COUNTY OF SANTA BARBARA
105 E. Anapamu St., Suite 201
Santa Barbara, CA 93101
(805) 568-2950 / FAX: (805) 568-2982
E-mail: mpbarry@co.santa-barbara.ca.us

E-FILED 07/12/12

Attorneys for Defendants
COUNTY OF SANTA BARBARA,
OFFICER ARMANDO MENDOZA, and
OFFICER JEREMIAH GERUE

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIANA MENDEZ MADRIGAL; JAIME MADRIGAL; J.M., a minor, by and through his Guardian ad Litem Jaime Madrigal; A.M., a minor, by and through her Guardian ad Litem Jaime Madrigal; and G.M., by and through her Guardian ad Litem Jaime Madrigal; | Case No: CV 10-4479 PSG (VBKx) |
| | **FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54 REGARDING DEFENDANTS ARMANDO MENDOZA AND JEREMIAH GERUE [PROPOSED]** |
| Plaintiffs, | |
| v. | |
| CITY OF SANTA MARIA; COUNTY OF SANTA BARBARA; OFFICER GOWING, #90016; OFFICER NATHAN TOTORICA, #23480; PROBATION OFFICER ARMANDO MENDOZA; PROBATION OFFICER JEREMIAH GERUE; CHIEF OF POLICE DANNY R. MACAGNI; and, DOES 1-10, Inclusive, | Judge: Hon. Philip S. Gutierrez |
| | Courtroom: 880 Roybal Fed. Bldg. |
| Defendants. | |

This action was tried by a jury in Courtroom 880 of the United States
District Court for the Central District of California, the Honorable Philip S.

COUNSEL
Santa Barbara
napamu Street
ara, CA 93101
-2950

Gutierrez, United States District Judge Presiding; the plaintiffs appearing by attorney Kevin P. Gerry and the defendants appearing by attorney Mary Pat Barry, Deputy County Counsel for the County of Santa Barbara.

As to Plaintiff ADRIANA MENDEZ MADRIGAL's Fourth Amendment claims of excessive force, the jury has rendered special verdicts finding that defendants ARMANDO MENDOZA and JEREMIAH GERUE did not use excessive force against Plaintiff ADRIANA MENDEZ MADRIGAL.

THEREFORE, IT IS HEREBY ORDERED that final judgment, pursuant to Federal Rules of Civil Procedure, Rule 54, be entered in favor of Defendants ARMANDO MENDOZA and JEREMIAH GERUE on the Fourth Amendment claims for excessive force brought against them by Plaintiff ADRIANA MENDEZ MADRIGAL.

IT IS SO ORDERED.

Date:   07/12/12

**PHILIP S. GUTIERREZ**

HONORABLE PHILIP S. GUTIERREZ
United States District Judge
Central District of California